

# NUMBER 13-17-00634-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MELANIE WOFFORD AND WOFFORD
MCALLEN ARMATURE WORKS, INC.,                              Appellants,

v.

TATIYANA GENEVA ALTECOR,                                    Appellee.

On appeal from the 206th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Longoria, and Hinojosa
### Memorandum Opinion by Justice Hinojosa

Appellants, Melanie Wofford and Wofford McAllen Armature Works, Inc., filed an

interlocutory appeal from an order entered by the 206th District Court of Hidalgo County,

Texas, in cause number C-1247-17-D. Appellants have filed an unopposed motion to

dismiss the interlocutory appeal as moot. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the interlocutory appeal as moot, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED AS MOOT. Appellants shall bear the costs of this appeal. *See id.* R.42.1(d). ("Absent agreement of the parties, the court will tax costs against the appellants."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
21st day of December, 2017.

2